**IT IS SO ORDERED.**

**SIGNED THIS: November 29, 2018**

*[signature: Thomas L. Perkins]*

**Thomas L. Perkins
United States Bankruptcy Judge**

---

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

In re:

Julia C. Bautista

    Debtor.

Case No.: 16-80468
Chapter 13
Judge Thomas L. Perkins

* * * * * * * * * * * * * * * * * * * * * *

### AGREED ORDER RESOLVING MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY AS TO REAL PROPERTY LOCATED AT 316 E ARCHER AVE, PEORIA, IL 61603

This matter coming to be heard on the *Motion for Relief from Stay and Co-Debtor Stay* (Dkt. #35) which was filed in this court by Nationstar Mortgage LLC d/b/a Mr. Cooper ("Movant"), Movant and Julia C. Bautista ("Debtor"), by and through his attorneys have agreed to a course of action which will condition the continuation of the automatic stay upon certain provisions incorporated herein for the protection of Movant;

Debtor failed to make regular monthly mortgage payments to Movant, since the filing of the Motion for Relief from Stay the Debtor has brought the account current. Due to the filing of the Motion the Debtors have incurred a total post-petition arrearage of $1,031.00 for attorney fees and costs.

**IT IS HEREBY ORDERED:**

1. In order to eliminate said post-petition delinquency, the attorney fees and costs will be added to the end of the loan due before the maturity date of February 1, 2032.

1

18-026928_EAM1

2. That Movant must receive the payments listed on Paragraph #1 on or before the corresponding date. If Movant fails to receive any one scheduled payment, the repayment schedule is void and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after mailing notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of same with the clerk of the court.

3. Debtor shall resume on-going post-petition payments directly to Movant beginning December 1, 2018. Payments must be sent directly to Nationstar Mortgage LLC d/b/a Mr. Cooper:

Nationstar Mortgage LLC d/b/a Mr. Cooper
Attention: Bankruptcy Department
PO Box 619094
Dallas TX 75261-9741

4. Upon tender of sufficient funds to bring the loan post-petition current, the Debtor must continue to make timely post-petition mortgage payments directly to Movant.

5. If Movant fails to receive two (2) post-petition monthly mortgage payments and if the Debtor fails to bring the loan post-petition current within ten (10) calendar days after Movant mailed notification to the Debtor and his/her attorney, the stay shall be automatically terminated as to Movant, its principals, agents, successors and/or assigns as to the subject property, upon filing notice of the same with the clerk of the court.

6. If Movant has to send a Notice of Default, the Debtor shall pay $100.00 per notice, as attorney fees, in addition to whatever funds are needed to cure the default prior to the expiration of the allowed cure period.

7. If this bankruptcy proceeding is converted to Chapter 7, dismissed or discharged, this Order shall be terminated and have no further force or effect.

Submitted By:

_____
Umair M. Malik (6304888)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH 43216-5028
614-220-5611; Fax: 614-627-8181
Attorney for Movant

_____
B. Kip Shelby
411 Hamilton Blvd #1600
Peoria, IL 61602
Telephone: 309-673-5535
Email: ksnotice@mtco.com
Attorney for Debtor

###

2